NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE LEE BROOKS, II, | ) | No. C 07-4444 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at Avenal State Prison. Because the acts complained of occurred in Kings County and the Defendants are located in Sacramento and Kings Counties, which lie within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 8/29/07

_____
JEREMY FOGEL
United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Willie Lee Brooks, II
   P-16665
   Avenal State Prison
4  P.O. Box 9
   #1 King Way
5  Avenal, CA  93204-0009

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.07\Brooks444trans            2